A89A0282. CAWTHON et al. v. WACO FIRE & CASUALTY INSURANCE COMPANY et al.
(391 SE2d 142)

BANKE, Presiding Judge.

In accordance with the decision of the Supreme Court in *Cawthon v. Waco Fire &c. Ins. Co.*, 259 Ga. 632 (386 SE2d 32) (1989), the previous decision of this court in the present case, reported at 190 Ga. App. 797 (380 SE2d 327) (1989), is hereby vacated, and the judgment of the trial court is reversed.

*Judgment reversed. Sognier and Pope, JJ., concur.*

DECIDED JANUARY 16, 1990.

*Waddell, Emerson, George & Buice, Elmarie A. Emerson, Manley F. Brown, Rainwater & Christy, David N. Rainwater, Lamar W. Sizemore, Jr.*, for appellants.

*Drew, Eckl & Farnham, James M. Poe, Gardner & Gardner, Milton F. Gardner*, for appellees.